UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
DOCKET NO. 4:01-CR-00057-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| RICHARD A. GOFF | ) | |

It now appearing to the court that the said Richard A. Goff died on or about April 6, 2011. At which time a remaining liability existed in the amount of $4,351.00.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 27th day of July, 2011

_____
Malcolm J. Howard
Senior U.S. District Judge